IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-CV-20203-JAL

EDDIE LEE BANKS,

    Plaintiff,

vs.

NURSE VASSELLER, in her individual
and official capacity, and DR. BALMAIR,
Chief of Physicians of Everglades
Correctional Institution in his
individual and official capacity,

    Defendants.
_____/

## DEFENDANT'S, CARL BALMIR, M.D., ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, CARL BALMIR, M.D., (hereinafter "Defendant"), by and through his undersigned counsel, and answers the Complaint as follows:

**1.** The Defendant respectfully denies each and every claim and allegation of wrongdoing and/or violation of the Plaintiff's civil rights as set forth in his Complaint.

## AFFIRMATIVE DEFENSES

2. This Defendant specifically denies that he or anyone for whom he could be held legally responsible caused or contributed to any of the injuries or deprivation of rights of which the Plaintiff complains.

3. This claim is barred by the applicable statute of limitations.

4. The Plaintiff's Complaint fails to state a cause of action, and therefore should be dismissed.

Case No. 09-CV-20203-JAL

5.      This Defendant asserts that the Plaintiff has failed to exhaust his federal, state, and local administrative remedies which are a condition precedent to the commencement of this action.  Therefore, this action should be dismissed.

6.      Any and all actions of the Defendant herein were made in good faith for legitimate, lawful reasons in relation to his employment as an official within the Everglades Correctional Institution.

7.      This Defendant asserts immunity from liability or any damages under the 11th Amendment to the United States Constitution; Article 10, Section 13 of the Constitution of the State of Florida; Chapter 768, Florida Statutes; Doctrine of Sovereign Immunity; and all other applicable federal and state constitutional, statutory and common law principles.

8.      This Defendant asserts that this Court is without jurisdiction over the Complaint because the Plaintiff has failed to comply with the notice requirement of Section 768.28, Florida Statutes.

9.      This Defendant asserts that the Plaintiff's claims are barred by the Doctrine of Waiver, Res Judicata and/or Collateral Estoppel.

10.     This Defendant specifically denies that the Plaintiff has been deprived of any constitutional rights, and/or any rights guaranteed under any federal and/or state law.

11.     This Defendant states that the Plaintiff's claims are barred, either in whole or in part, by the Doctrines of Sovereign Immunity, Qualified Immunity and Official Immunity, and therefore, the Plaintiff's Complaint should be dismissed.

Case No. 09-CV-20203-JAL

12. This Defendant states that he did not intentionally or knowingly deprive the Plaintiff of any right guaranteed to him by 42 U.S.C. §1983 or any other statute set forth in his Complaint, and that all actions of this Defendant were undertaken in good faith and in the performance of his official duties, and in the reasonable belief that his actions were lawful and authorized.

13. This Defendant states that the Plaintiff has failed to state a federal claim for the reason that the acts complained of were not caused by an official policy, practice, custom or usage of the Defendant.

14. Any injury or damages suffered by the Plaintiff were the result of an independent intervening cause, and not the result of any alleged actions or omissions of this Defendant.

15. This Defendant states that the Plaintiff has failed to mitigate his damages, and therefore is not entitled to recover some or all of the damages which he seeks against this Defendant.

16. Defendant, CARL BALMIR, M.D., demands jury trial.

### REQUEST FOR RELIEF

Wherefore, Defendant, CARL BALMIR, M.D., requests the following relief:

1. That Plaintiff take nothing by way of the Complaint, and that the Complaint be dismissed with prejudice;

2. That the Court award Defendant, CARL BALMIR, M.D., his reasonable attorneys' fees and costs pursuant to Rule 11 of the Federal Rules of Civil Procedure*, 35 U.S.C. § 285, 28 U.S.C. § 1927,* or as otherwise permitted by law; and

3. That the Court grant any further relief that it deems just and equitable.

Case No. 09-CV-20203-JAL

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and accurate copy of the foregoing was served via U.S. Mail 16th day of March, 2009, to: **Mr. Eddie Lee Banks, DC #A210551**, Everglades Correctional Institution, P.O. Box 949000, Miami, FL 33194-9000, Plaintiff Pro Se.

        COLE, SCOTT & KISSANE, P.A.
        Attorneys for Defendant,
        Dr. Carl Balmir
        Dadeland Centre II – 14th Floor
        9150 South Dadeland Blvd.
        P.O. Box 569015
        Miami, FL 33156
        E-Mail: tullio.iacono@csklegal.com
        Telephone: (305) 350-5320
        Facsimile: (305) 373-2294


By:   /s/ Tullio E. Iacono\_\_\_\_
      TULLIO E. IACONO
      FBN: 132616