# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 09-CV-20203-JAL

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DIVISION

EDDIE LEE BANKS,
         Plaintiff,

VS.                          CASE NO.: 09-CV-20203-JAL

SOUTH FLORIDA RECEPTION CENTER-MEDICAL
DEPARTMENT OFFICIALS, et al.,
         Defendants.
_____/

**OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION**

COMES NOW, the Plaintiff, ~~Eddie Lee Banks~~ in propria persona, hereby files his objections to the Magistrate's Report and Recommendation (DE # 32). And submits that the Court should exercise its discretionary power and conduct a hearing to determine the amount of damages, pursuant to Fed. R. Civ. P. 55(b)(2). For the reasons which follow:

(Pg. 1 of 6)

The Plaintiff accepts as true pages 1 thru 3 of the Report. (DE.#32). However, Plaintiff submitted a sworn affidavit based on his own personal knowledge, sworn affidavit of Angel Sayles, and portions of the medical records in his care and control. Supplemented (DE.#29) the Motion for Final Support Judgement, (DE.#20). The allegations were never contested by Defendant Nurse Vasseller.

This final judgement has nothing to do with the other defendant who the case remains pending against. Therefore, Plaintiff should not have to wait any longer before he be awarded compensation for his injuries. Where at this time the Court in good faith can conduct a hearing to determine **compensatory** and **punitive** damages. Where it has been demonstrated that the official conduct was 'motivated by evil intent' or demonstrates 'reckless or callous indifference' to Plaintiff's constitu-

(Pg. 2 of 6)

tional rights." See Sockwell v. Phelps, 20 F. 3d 187, 192 (5 Cir. 1994); See also Walsh v. Mellas, 837 F. 2d 789, 801-02 (7 Cir. 1988); and Walker v. Woodford, 454 F. Supp. 2d 1007, 1030 n.6 (S.D. Cal. 2006).

Defendant Vasseller has failed to answer the complaint nor has she even attempted to challenge the default for damages. Plaintiff will be unduly prejudice by any further unnecessary delay where the District Judge can bring final disposition on this matter Request for Summary Judgment. (DE #29), via an **expeditious hearing** to determine the amount of damages.

However, **Should** the court decline, at this time, to conduct a hearing, the Plaintiff respectfully prays and requests that the Court appoint outside expert medical examiner physician in the **field** of hernia treatment

(PG. 3 OF 6)

or repair to be examined to determine Plaintiff's permanent injuries[1] resulting from the denial of adequate medical care and the "reckless and callous indifference" ~~motivated~~ by evil intent from the ~~defendant~~ in default.

WHEREFORE, based upon the foregoing, Plaintiff respectfully objects to the report and recommendation. And as such the Motion For Final Support Judgment (DE #20) as supplemented (DE #29) should not be denied even without prejudice but proceed via with a hearing to determine the amount of damages or in the alternative appoint outside expert medical examiner physician in the field of hernia treatment or repair to be examined to determine Plaintiff's <u>permanent injuries.</u>

[1] See attached motion in support of to appoint outside expert medical examiner physician in the field of hernia treatment or repair.

(pg. 4 of 6)

Respectfully submitted,

/S/ Eddie Lee Banks

Eddie Lee Banks, Pro Se,

## DECLARATION UNDER THE PENALTY OF PERJURY.

I Eddie Lee Banks, hereby declares that I have read the foregoing Objections To The Magistrate's Report and Recommendation and the facts as stated therein are true and correct.

Section 92.525 (2) F.S. 2008. Dated: 06-01-09.

/S/ Eddie Lee Banks

## CERTIFICATE OF SERVICE

I Eddie Lee Banks, hereby certify that a true and correct copy of the foregoing objections To The Magistrate's Report and Recommendation has been furnished to the following:
Nurse Michelle Vasseller, 14000 N.W. 41st Street Doral, Florida 33178, Tulio Iocono, Attorney for Defendant (Carl Balmir M.D.,), Cole Scott & Kissane, P.A.,

(Pg. 5 of 6)

Dadeland Centre II, 9150 South Dadeland Blvd., Suite 1400, Miami, Florida 33156. And was placed into the hands of prison-officials for purposes of mailing via U.S. Mail—postage prepaid on this 01st day of June 2009.

/S/ *Eddie Lee Banks*
Eddie Lee Banks, pro se,
D.O.C. NO. #210551
Everglades Correctional Inst.
P.O. Box 949000
Miami, Florida 33194-9000

(Pg. 6 OF 6)