UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20203 CV
JAL

The attached hand-written
document
has been scanned and is
also available in the
SUPPLEMENTAL
PAPER FILE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI - DIVISION

RECEIVED
EVERGLADES CI
AUG 2 1 2009
DATE _____ E.B

EDDIE LEE BANKS,

Plaintiff,

FILED by S.A.S. D.C.
AUG 2 5 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. MIAMI

VS.

CASE NO.: 09-CV-20203-FLA MIAMI

NURSE VASSELLER, in her individual and official capacity,
AND DR. BALMAIR, Chief of Physicians of Everglades Corr-
ectional Institution, in his individual and official capacity,

Defendants.

_____/

## MOTION FOR SANCTION AND/OR DEFAULT

COMES NOW, the Plaintiff, Eddie Lee Banks,
in propria persona, and pursuant to Fed. Rules
Civ. Proc. Rule 41(b), 28 U.S.C.A, Moves the
Court for an Order to Sanction defendants
and/or default. And in support thereof shows
the Court the following:

1.   That on July 31, 2009, this Honorable Court ordered the Defendants (Dr. Carl Barmby) to comply and respond to the Plaintiff's discovery requests and/or file objections to the Court.   According to Plaintiff's Motion To Compel and/or Motion For Leave To Serve additional interrogatories filed on or about July 16, 2009, the plaintiff stated in this motion that such discovery be provided to him within Seven (7) days.   This motion was granted on July 31, 2009.   The seven day period has long since past and Plaintiff has been patiently awaiting on the requested discovery, however, all to <u>NO avail.</u>   And no objections have been filed.

2.   The defendants have acted in **bad-faith** and **willfully** **ignored** this Court's order. And have further **frustrated** Plaintiff's efforts to effectively amend **his** Complaint by the due date on August 21, 2009.   Therefore, the defendants should be sanctioned by the

-2-

Court and ~~defaulted~~ for failure to Comply with the Court's order of July 31, 2009.

3. Notwithstanding, the fact that this Same Defendant (Dr. Carl Balmir, M.D.) has on a prior occassion made a false Statement in his response that this curriculum Vitae was attached to defendant's Verified responses. (See attached Exhibit A).

4. In addition due to ~~defendants'~~ failure to comply with the order; the plaintiff is Still without the requested discovery can not amend the complaint without this relevant material. Therefore, plaintiff asks for an additional Sixty (60) days to file the amended complaint.

WHEREFORE, based on the foregoing facts and cited Rule, Plaintiff respectfully requests ~~that~~ this Court Sanction defendants (Carl Balmir, M.D.,) and enter default for failure to comply with the Court's order.

-3-

And allow Plaintiff an additional Sixty (60) days
to File the amended Complaint.

Respectfully Submitted,
this 20th day of August 2009,

/s/ Eddie Lee Banks
    Eddie Lee Banks, Pro Se,

D.o.c No. A210551

-4-

## DECLARATION

UNDER THE PENALTY OF PERJURY, I Eddie Lee Banks, hereby declares that I have read the foregoing document and the facts as stated therein are true and correct. Section 92.525 (2) F.S. 2008. Dated: 08-20-09.    /s/ *Eddie Lee Banks*

## CERTIFICATE OF SERVICE

I Eddie Lee Banks, hereby certify that a true and correct copy of the foregoing document has been furnished to the following: Tulio Iacono, Attorney for Defendant (Carl Belous M.D.), Cole Scott & Kissane, P.A., Dadeland Centre II, 9150 South Dadeland Blvd., Suite 1400, Miami, Florida 33156. And was placed into the hands of prison-officials for purposes of mailing via U.S. Mail — postage prepaid on this 20th day of August 2009.

/s/ *Eddie Lee Banks*
Eddie Lee Banks, pro se,
D.O.C. No. A-210551
Everglades Correctional Inst.
P.O. Box 949000
-5-   Miami, Florida 33194-9000

EXHIBIT A

Eddie Lee Banks

D.O.C. NO. A210551    04-1146

Everglades Correctional Inst.

P.O. Box 949000

Miami, Florida 33194-9000

RECEIVED
EVERGLADES CI

AUG 21 2009

DATE

INITIAL   E.S.

LEGAL
MAIL

United States District Court

Southern District of Florida

Office of The Clerk- Room 8N09

400 North Miami Avenue

Miami, Florida  33128-7716