IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-CV-20203-JAL

EDDIE LEE BANKS,

        Plaintiff,

vs.

NURSE VASSELLER, in her individual
and official capacity, and DR. BALMAIR,
Chief of Physicians of Everglades
Correctional Institution in his
individual and official capacity,

        Defendants.
_____/

## DEFENDANT'S, CARL BALMIR, M.D., RESPONSE TO PLAINTIFF'S PLAINTIFF'S MOTION TO COMPEL AND/OR MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES (D.E. # 46); PLAINTIFF'S MOTION TO COMPEL AND PRODUCTION OF DOCUMENTS (D.E. # 47); PLAINTIFF'S MOTION FOR SANCTIONS AND/OR DEFAULT (D.E. # 52); PLAINTIFF'S MOTION TO COMPEL AND/OR MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES (D.E. # 53) AND MOTION FOR PROTECTIVE ORDER

COMES NOW Defendant, CARL BALMIR, M.D., (hereinafter "Defendant"), by and through his undersigned counsel, hereby files his Response to the following pleadings:

    (1)    Plaintiff's Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 46);

    (2)    Plaintiff's Motion to Compel and Production of Documents (D.E. # 47);

    (3)    Plaintiff's Motion for Sanctions and/or Default (D.E. # 52); and

    (4) Plaintiff's Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 53),

and Motion for Protective Order, pursuant to Fed. R. Civ. P. 33 and S.D.L.R. 26.1, and states as follows:

  1. This is an action for an alleged violation of prisoner's rights.  According to the Plaintiff, the Defendant did not properly assess and act upon the Plaintiff's requests for medical benefits.

  2. The Plaintiff has filed a document multiple pleadings, as outlined above.

  3. In support of said Plaintiff's Motion for Sanctions and/or Default (D.E. # 52), the Plaintiff refers to this Honorable Court's July 31, 2009 Order (D.E. # 51), which states, in part, "[t]he defendants shall respond forthwith to the plaintiff's discovery requests and/or file objections to the Court."

  4. However, on or about June 15, 2009, the Defendant timely responded to the Plaintiff's discovery requests, to wit:  (a)  Request for Admission; (b)  First Request for Production of Documents; and (c)  First Set of Interrogatories.  Moreover, on or about June 29, 2009, the Defendant filed the Verified Responses to Plaintiff's First Set of Interrogatories.  Copies of said responses were submitted to the Plaintiff at that time, respectively.

  5. Notwithstanding, on or about July 20, 2009, Plaintiff filed a Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 46), even though the Defendant had previously complied.

  6. On that same date, Plaintiff also filed a Motion to Compel and Production of Documents (D.E. # 47), even though the Defendant had previously complied.

7. On or about July 22, 2009, this Honorable Court entered an Order (D.E. # 48) deferring ruling on Plaintiff's Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 46), as well as Plaintiff's Motion to Compel and Production of Documents (D.E. # 47)

8. Nonetheless, on or about August 26, 2009, Plaintiff filed a duplicate of his July 20, 2009 Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories. (See D.E. # 53).

9. Once again, on or about August 27, 2009, this Honorable Court deferred on its ruling on Plaintiff's Motion for Sanctions and/or Default (D.E. # 52). (See D.E. # 54).

10. Defendant has, once again, provided the Plaintiff with a courtesy copy of the responses mentioned herein. (See Composite Exhibit "A")

11. The Plaintiff's Motions are moot, as the Defendant had timely complied with the Federal Rules of Civil Procedure governing discovery.

12. Despite all of the Defendant's efforts, the Plaintiff continues to file frivolous Motions with this Honorable Court. Thus, requiring the Defendant to expend additional time and defense funds responding to all of the Plaintiff's meritless pleadings.

13. Federal Rule of Civil Procedure 33 requires that a party may not serve more than 25 written interrogatories.

14. The Plaintiff has more than exceeded the limit imposed by Federal Rule of Civil Procedure 33, by propounding interrogatories in excess of 25, not including multiple subparts. As such, the Plaintiff's requests are improper.

Case No. 09-CV-20203-JAL

15. To date, this Honorable Court has not granted the Plaintiff's duplicative Motions to Compel and/or Motions for Leave to Serve Additional Interrogatories. (D.E. # 46 and D.E. # 53).

16. Clearly, although a party has a right to conduct discovery, all discovery is subject to limitations. Graham v. Casey's General Stores, Inc., 206 F.R.D. 251, 254 (S.P. Ind. 2002).

Wherefore, Plaintiff's (1) Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 46); (2) Plaintiff's Motion to Compel and Production of Documents (D.E. # 47); (3) Plaintiff's Motion for Sanctions and/or Default (D.E. # 52); and (4) Plaintiff's Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 53), should be denied on the grounds that the Plaintiff's Motions are moot, and the Defendant's Motion for Protective Order should be granted.

Respectfully submitted,

/s/ Tullio E. Iacono
Tullio E. Iacono
Florida Bar No. 132616
tullio.iacono@csklegal.com
Cole Scott & Kissane, P.A.
Dadeland Centre II
9150 South Dadeland Blvd., 14th Floor
Miami, Florida 33156
Telephone: 305-350-5300
Facsimile: 305-373-2294
Attorneys for Defendant
Carl Balmir, M.D.

Case No. 09-CV-20203-JAL

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and accurate copy of the foregoing was served via U.S. Mail 14th day of September, 2009, to: **Mr. Eddie Lee Banks, DC #A210551**, Everglades Correctional Institution, P.O. Box 949000, Miami, FL 33194-9000, Plaintiff Pro Se.

        COLE, SCOTT & KISSANE, P.A.
        Attorneys for Defendant,
        Dr. Carl Balmir
        Dadeland Centre II – 14th Floor
        9150 South Dadeland Blvd.
        P.O. Box 569015
        Miami, FL 33156
        E-Mail: tullio.iacono@csklegal.com
        Telephone: (305) 350-5320
        Facsimile: (305) 373-2294


        By:   /s/ Tullio E. Iacono
             TULLIO E. IACONO
             FBN: 132616

TMD/
L:\1440-0099-00\P\Resp to P's Multiple MTC, Mot for Sanctions & D's Mot for Protective Order (9-5-09).doc