

MIAMI - WEST PALM BEACH - TAMPA - KEY WEST - FT. LAUDERDALE - NAPLES – JACKSONVILLE – ORLANDO

DADELAND CENTRE II
9150 SOUTH DADELAND BOULEVARD, SUITE 1400
P.O. BOX 569015
MIAMI, FLORIDA 33156

TELEPHONE (305) 350-5300
FACSIMILE (305) 373-2294

WEBSITE www.csklegal.com
DIRECT LINE (305) 350-5390
EMAIL temys.diaz@csklegal.com

September 5, 2009

**VIA U.S. MAIL**

Eddie Lee Banks
DC #A210551
Everglades Correctional Institution
P.O. Box 949000
Miami, FL 33194-9000

      RE:   Claimant   :   Eddie Lee Banks
            Insured    :   MHM Services, Inc. / Carl Balmir, M.D.
            Policy No  :   MM-815304
            SM File No :   MM252006
            Our File No :   1440-0099-00
            Case No   :   09-CV-20203-JAL

Dear Mr. Banks:

    We are in receipt of the following pleadings:

    (1)   Plaintiff's Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 46);
    (2)   Plaintiff's Motion to Compel and Production of Documents (D.E. # 47);
    (3)   Plaintiff's Motion for Sanctions and/or Default (D.E. # 52); and
    (4)   Plaintiff's Motion to Compel and/or Motion for Leave to Serve Additional Interrogatories (D.E. # 53).

    Please be advised that on or about June 15, 2009, our office, on behalf of Dr. Balmir, timely filed the following documents:

    (1)   Response to Plaintiff's Request for Admission;
    (2)   Response to Plaintiff's Request for Production of Documents; and


EXHIBIT A

September 5, 2009
Page 2

      (3)    Response to Plaintiff's First Set of Interrogatories.

Furthermore, on or about June 29, 2009, on behalf of Dr. Balmir, our office filed the Verified Responses to Plaintiff's First Set of Interrogatories. Notwithstanding, enclosed herein for your convenience is another copy of each of these items.

                                          Sincerely,

                                          Temys M. Diaz
                                          Tullio E. Iacono

TMD/

L:\1440-0099-00\L\PLAINTIFF (Re-Submitting Dr. Balmir's Resp to P's Disco) 9-5-09.doc