# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20203 CV-JAL

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI - DIVISION

EDDIE LEE BANKS,
    Plaintiff,

CASE NO: 09-CV-20203-JAL

VS.

NURSE VASSELLER in her individual and official Capacity,
    Defendant,

FILED by _____ D.C.
JUN 17 2010
STEVEN M. LARIMORE
CLERK U S DIST CT.
S. D of FLA - MIAMI

COPY
RECEIVED
JUN 11 2010
E.B. 6-11-2010

## Plaintiffs Response TO DE #104 And support Therein

Comes Now, Eddie Lee Banks, the Plaintiff, in response to DE #104 (#5) and states the following:

1.) Plaintiff did file an ammended motion for final default Judgment on May 7, 2010 (see attachment)

2.) Plaintiff ask this Honorable Court to find Nurse Vasseller in final default Judgment and grant the Plaintiff the full amount for damages he is seeking.

3.) Also enclosed are all exhibits and an supporting material including the documents of seizure of Nurse Vassellers assets and sworn affadavit of Angel Sayles.

Therefore, the Plaintiff request a judgment in his favor due to Nurse Vassellers failure to contest any proceeding against her.

## DECLARATION

Under the penalty of perjury, I, Eddie Lee Banks, Hereby declares that I have read the foregoing document and the facts as stated therein are true and correct. Section 92.525(2) F.S. 2008. Dated: June 11th 2010.

/s/ Eddie Lee Banks
Eddie Lee Banks pro'se

## CERTIFICATE OF SERVICE

I, Eddie Lee Banks, Hereby Certify that a true and correct copy of the foregoing motion for final default Judgment has been furnished to the following:

United States District Court, Southern District of Florida, Office of the Clerk - Room 8N09, 400 North Miami Avenue, Miami Florida 33128-7716. And was placed into the hands of prison officials for purpose of mailing by U.S. Mail Postage Prepaid on this 11th day of June 2010.

/s/ Eddie Lee Banks
Eddie Lee Banks Pro'se
Everglades Correctional Inst.
P.O. Box 949000
Miami, Florida 33194-9000