UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20203-CIV-LENARD
MAGISTRATE JUDGE P.A. WHITE

EDDIE LEE BANKS,                            :

      Plaintiff,                         :

v.                                                    WRIT OF HABEAS CORPUS
                                                       AD TESTIFICANDUM
                                           :           (State Custody)
SFRC MEDICAL DEPT. OFFICIALS,
et al.,
                                           :
      Defendants.
_____:

To:   Florida DOC Administrators for Population Management; Warden
      Don Davis, Columbia Correctional Institution; and any Florida
      Law Enforcement Officers

      It appearing that the presence of Eddie Lee Banks [DC# 210551]
is required as a witness for an evidentiary hearing to be held
commencing Thursday, February 17, 2011, at 9:30 a.m., before the
undersigned United States Magistrate Judge, in the above styled
case, and pursuant to 28 U.S.C. §2241(c)(5) and Pennsylvania Bureau
of Correction v. U.S. Marshals Service, et al., 474 U.S. 34 (1985).

      NOW   THEREFORE   this   is   to   command   you,   Florida   DOC
Administrators   for   Population   Management;   Warden   Don   Davis,
Columbia Correctional Institution; and any other duly authorized
Florida law enforcement officers: 1) to conduct said Eddie Lee
Banks [DC# 210551] to the evidentiary hearing to be held Thursday,
February 17, 2011, at 9:30 a.m., before United States Magistrate
Judge White, at the Miami federal courthouse, at 301 N.E. First
Avenue, Miami, Florida 33132; and 2) to maintain the inmate in
custody during the course of such proceedings and return him to the
facility where he is confined thereafter.

      Florida DOC staff shall ensure that inmate Banks' files
pertaining to this case are transferred with him, and are brought

to Court so that they are accessible to him at the evidentiary hearing.

DONE AND ORDERED at Miami, Florida, this 6th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Carol Stokley, and Phillip Adams
      Correctional Services Administrators
      Population Management, Bureau of Admission and Release
      Department of Corrections
      Building C, Room 117
      2601 Blair Stone Road
      Tallahassee, Florida 32399-2500
      Telephone: 850-488-1460
      **[By facsimile 850-487-8463; 3 certified copies by mail]**

      Warden Don Davis
      Columbia Correctional Institution
      216 S.E. Corrections Way
      Lake City, FL 32025-2013
      **[1 copy by certified mail]**

      Eddie Lee Banks
      Columbia Correctional Institution
      DC# 210551
      216 S.E. Corrections Way
      Lake City, FL 32025-2013

      Nurse Vasseller
      South Florida Reception Center
      14000 N.W. 41st Street
      Doral, Florida 33178-3003

      Honorable Joan A. Lenard
      United States District Judge

      United States Marshal

      Betty Rodriguez, Deputy Clerk