## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20203-CIV-LENARD/WHITE

**EDDIE LEE BANKS,**

Plaintiff,

vs.

**NURSE VASSELLER, et al.,**

Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 117) AND DENYING PLAINTIFF'S MOTION TO REOPEN AND FOR INJUNCTIVE RELIEF (D.E. 112)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Patrick A. White ("Report," D.E. 117), issued on December 17, 2010, recommending denial of Plaintiff's Motion to Reopen and for Injunctive Relief ("Motion," D.E. 112), filed on November 9, 2010. On December 30, 2010, Plaintiff filed a "Motion Traverse" to the Report, which the Court construes as objections to the Report ("Objections," D.E. 118). Having considered the Objections, the Court finds them without merit. Based on a review of the Magistrate Judge's Report, the Motion, Objections, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1.   The Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 117), issued on December 17, 2010, is **ADOPTED**;

2.   Consistent with the Report and this Order, Plaintiff's Motion to Reopen and

for Injunctive Relief (D.E. 112), filed on November 9, 2010 is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of January,

2011.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**