**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM NO. 3 - 3:00 P.M.**– 3:45

**MAGISTRATE JUDGE: PATRICK A. WHITE**

Case No. **09-20203-CIV-LENARD**

Date 2/24/11                                    END:

Clerk Elizabeth Rodriquez

DAR                          COURT REPORTER Gilda Pastor-Hernandez

Title of Case    EDDIE LEE BANKS V. SFRC MEDICAL DEPT, ET AL

P. Attorney(s)    Pro Se

D. Attorney(s)

Reason for Hearing: EVIDENTIARY RE: INJURIES

Result of Hearing

-Nurse Vasseller not present

-Eddie Lee Banks sworn & testified

Case continued to _____ Time _____ For _____

Misc.