# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FILED by JH D.C.
APR 19 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. -- MIAMI

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2011

Steven M. Larimore
United States District Court
400 N MIAMI AVE
Miami, FL 33128-1807

Appeal Number: 11-10409-HH
Case Style: Eddie Banks v. Vasseller
District Court Docket No: 1:09-cv-20203-JAL

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 04/11/2011.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Elora Jackson, HH
Phone #: (404) 335-6173

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 11-10409-HH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 1 4 2011
JOHN LEY
CLERK

EDDIE LEE BANKS,

          Plaintiff - Appellant,

versus

SOUTH FLORIDA RECEPTION CENTER-
MEDICAL DEPARTMENT OFFICIALS,
in their individual and official capacities, et al.,

          Defendants,

NURSE VASSELLER,
in her individual and official capacity,

          Defendant - Appellee.

Appeal from the United States District Court for the
Southern District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Eddie Lee Banks has failed to file an appellant's brief within the time fixed by the rules, effective April 14, 2011.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Elora Jackson, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit
By: _____
Atlanta, Georgia