**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-20203-CV-LENARD/WHITE

**EDDIE LEE BANKS,**

    Plaintiff,

v.

**SFRC MEDICAL DEPT. OFFICIALS,**
et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 150)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Patrick A. White (D.E. 150), issued January 9, 2012, recommending that the Court grant Plaintiff's Motion for Costs (D.E. 144), deny Plaintiff's Motion to Enforce Judgment (D.E. 145), and deny as moot Plaintiff's Motion to Rule on the foregoing motions (D.E. 149). The Report instructed the Parties that they had fourteen (14) days to file any objections. As of the date of this Order, no objections have been filed. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on review of the Magistrate Judge's Report, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 150), issued January 9, 2012, is **ADOPTED**.

2. Plaintiff's Motion for Costs (D.E. 144) in the form of the $350 filing fee is **GRANTED**.

3. Plaintiff's Motion to Enforce Judgment (D.E. 145) is **DENIED**.

4. Plaintiff's Motion to Rule (D.E. 149) on the foregoing motions is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of February, 2012.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**